IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTSON SEED FARMS INC., et al. | Case No. C-06-1075 (CRB) |
| Plaintiffs, | [~~PROPOSED~~] ORDER |
| vs. | |
| MIKE JOHANNS, et al., | |
| Defendants, | |

Having considered the parties' Stipulation To Continue Status Conference,

IT IS HEREBY ORDERED that the status conference presently scheduled for September 8, 2006 is continued until September 15, 2006, at 8:30 a.m. in Courtroom 8, 19th Floor, San Francisco.

Dated: _June 27, 2006___

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED