UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEERTSON SEED FARMS INC, et al.

    Plaintiffs,

    v.

MIKE JOHANNS, et al.

    Defendants.

No. 06-01075 CRB (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated July 24, 2006, Plaintiffs Dakota Resource Council, Western Organization of Resource Councils, Cornucopia Institute, Center for Food Safety and Beyond Pesticides requested to be excused from personally appearing at the settlement conference scheduled for August 31, 2006. Defendants do not oppose this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Plaintiffs Dakota Resource Council, Western Organization of Resource Councils, Cornucopia Institute, Center for Food Safety and Beyond Pesticides be available by telephone from 9:00 Pacific Standard Time until further notice on August 31, 2006.

If the Court concludes that the absence of these Plaintiffs is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including these Plaintiffs.

SO ORDERED.

Dated: July 31, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge