1

2  KEVIN V. RYAN, United States Attorney (CA Bar No. 118321)
   JAMES A. CODA, Assistant United States Attorney (WI Bar No. 1012669)
3  10th Floor Federal Building, Box 36055
   450 Golden Gate Avenue
4  San Francisco, California 94102

5  SUE ELLEN WOOLDRIDGE
   Assistant Attorney General
6  JEAN E. WILLIAMS, Chief
   SETH M. BARSKY, Assistant Chief
7  U.S. Department of Justice
   Environment and Natural Resources Division
8  Wildlife and Marine Resources Section
   KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
9  P.O. Box 7369
   Washington, D.C. 20044-7369
10 Telephone: (202) 305-0210
   Facsimile: (202) 305-0275
11 Kristen.Floom@usdoj.gov

12
   GREGORY PAGE, Trial Attorney (DC Bar No. 398121)
13 U.S. Department of Justice
   Environment and Natural Resources Division
14 General Litigation Section
   P.O. Box 663
15 Washington, D.C. 20044-0663
   Telephone: (202) 305-0446
16 Facsimile: (202) 305-0506
   Gregory.Page@usdoj.gov
17

18 Attorneys for Federal Defendants

19               IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
20                    SAN FRANCISCO DIVISION

21 GEERTSON SEED FARMS INC., et al.            )   Case No. C-06-1075 (CRB) (EDL)
                                               )
22          Plaintiffs,                        )   FEDERAL DEFENDANTS' REQUEST TO
                                               )   MODIFY SETTLEMENT CONFERENCE
23     vs.                                     )   ORDER; [PROPOSED] ORDER  AS MODIFIED
                                               )
24 MIKE JOHANNS, et al.,                       )
                                               )
25          Defendants,                        )   Date: August 31, 2006
                                               )   Time: 9:00 a.m.
26                                             )   Judge: Hon. Elizabeth D. Laporte
                                               )
27                                             )
                                               )
28

Fed. Defs.' Request to Modify Settlement Conference Order & Proposed Order
Case No. C-06-1075 (CRB) (EDL)                                              1

Pursuant to this Court's June 23, 2006, Settlement Conference Order, lead counsel for Federal Defendants must appear at the settlement conference with "the person or persons having full authority to negotiate and settle the case." Federal Defendants respectfully request that the Court modify the portion of its Order concerning the attendance of representatives with full authority to settle with respect to the United States. Federal Defendants are committed to engaging in meaningful settlement discussions with Plaintiffs, and take their obligation to negotiate in good faith very seriously. To that end, client representatives authorized to discuss and make recommendations relating to settlement will be present at the settlement conference. However, Federal Defendants respectfully advise the Court that the United States cannot agree to the attendance of persons with ultimate settlement authority, for the reasons stated herein.

In this case, Defendants Mike Johanns, Secretary of the U.S. Department of Agriculture ("USDA"); Ron DeHaven, Administrator of the Animal and Plant Health Inspection Service ("APHIS"); and Steve Johnson, Administrator of the U.S. Environmental Protection Agency ("EPA") (collectively "Federal Defendants") are sued in their official capacities.[1] With respect to USDA and APHIS, settlement authority is vested in Cindy J. Smith, Deputy Administrator of Biotechnology Regulatory Services, APHIS. Ms. Smith oversees five distinct programs and offices, including the Environmental Risk Analysis program, which is responsible for the decision at issue in this case. Ms. Smith has a multitude of responsibilities, and it would not be feasible for her to attend, or even participate by telephone in, settlement conferences in all of the cases in which she has settlement authority.

---

[1] On July 26, 2006, Judge Breyer granted Defendant Johnson's motion to dismiss Plaintiffs' Fourth Claim for Relief (Doc. No. 13), the only claim raised against EPA. See Doc No. 27. Because there are no remaining claims against EPA, the agency will not participate in the August 31 settlement conference.

1

2          Moreover, as trial attorneys for the Wildlife & Marine Resources Section of the United

3   States Department of Justice, the lead attorneys in this case do not have the authority to compromise

4   the claims of the United States.  Therefore, the lead attorneys do not have the ultimate authority to

5   agree to the terms of any proposed settlement.  That authority is vested in the Attorney General of

6   the United States and, for environmental matters, has been delegated to the Assistant Attorney

7   General for the Environment and Natural Resources Division of the United States Department of

8   Justice.  See 28 C.F.R. § 0.160.  The Assistant Attorney General has ultimate settlement authority

9

10  for thousands of cases all over the country, and is not able to attend settlement conferences in all of

11  the cases in which she has settlement authority.

12          The inability of the United States to send individuals with final settlement authority to

13

14  settlement conferences has been recognized by the Federal Rules Advisory Committee and

15  Congress.  In enacting the 1993 Amendments to Rule 16 of the Federal Rules of Civil Procedure, the

16  Advisory Committee noted that in litigation involving government agencies, "there may be no one

17  with on-the-spot settlement authority, and the most that should be expected is access to a person who

18

19  would have a major role in submitting a recommendation to the body or board with ultimate

20  decision-making responsibility."  Fed. R. Civ. P. 16, Advisory Committee Notes Subdivision (c)

21  (1993 Amendments).  In enacting the Judicial Improvement Act of 1990, Congress expressly

22  recognized the "unique situation of the Department of Justice," which reserves settlement authority

23  to senior officials, and noted that the Department "cannot realistically send officials with full

24  settlement authority to each settlement conference."  See H.R. Rep. 101-732 (September 1, 1990).

25

26          Federal Defendants believe that the goal of encouraging parties to engage in meaningful

27  settlement discussions can best be achieved by the participation of the lead attorneys, who are most

28  familiar with the case and have significant recommendation authority, as well as a representative

1
2  from Biotechnology Regulatory Services at APHIS.  Counsel will promptly transmit settlement
3  proposals to the appropriate Federal officials and inform the Court of Federal Defendants' response
4  or counter-proposal.
5
6          For the foregoing reasons, Federal Defendants respectfully request that the Court modify the
7  portion of its Settlement Conference Order requiring the attendance of representatives with full
8  authority to settle on behalf of the United States.  Should the Court grant this request, the following
9  individuals will appear on behalf of Federal Defendants at the August 31, 2006, settlement
10 conference:
11
12 Neil E. Hoffman, Ph.D
   Director, Environmental Risk Analysis Division
13 Biotechnology Regulatory Services
   Animal and Plant Health Inspection Service
14 U.S. Department of Agriculture
15
   Carlynne Cockrum
16 Office of General Counsel, Regulatory Division
   U.S. Department of Agriculture
17
18 Kristen Byrnes Floom
19 U.S. Department of Justice
   Environment and Natural Resources Division
20 Wildlife and Marine Resources Section
21
   Gregory D. Page
22 U.S. Department of Justice
   Environment and Natural Resources Division
23 Natural Resources Section
24
25
26
27
28

Respectfully submitted,

Dated: July 28, 2006

KEVIN V. RYAN, United States Attorney
(CA Bar No. 118321)
JAMES A. CODA, Assistant United States
Attorney (WI Bar No. 1012669)
10th Floor Federal Building, Box 36055
450 Golden Gate Avenue
San Francisco, California 94102

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources
Division
Wildlife and Marine Resources Section

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial
Attorney (DC Bar No. 469615)
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY PAGE, Trial Attorney (DC Bar
No. 398121)
U.S. Department of Justice
Environment and Natural Resources
Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

Attorneys for Federal Defendants

Fed. Defs.' Request to Modify Settlement Conference Order & Proposed Order
Case No. C-06-1075 (CRB) (EDL)

5

1

2

3          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                 SAN FRANCISCO DIVISION

5  GEERTSON SEED FARMS INC., et al.        )   Case No. C-06-1075 (CRB) (EDL)
                                           )
6  Plaintiffs,                             )   [PROPOSED] ORDER AS MODIFIED
                                           )
7  vs.                                     )
                                           )
8                                          )
   MIKE JOHANNS, et al.,                   )
9                                          )
   Defendants,                             )
10                                         )
                                           )
11                                         )
                                           )
12                                         )
                                           )
13

14                                                              .

15          Having considered Federal Defendants' Request to Modify Settlement Conference Order,

16  IT IS HEREBY ORDERED that the Request to Modify Settlement Conference Order is GRANTED,
                                        given permission
17  and Federal Defendants are hereby excused from the requirement to appear at the August 31, 2006,

18  settlement conference with the person or persons having full authority to negotiate and settle the

19  case. the following representatives: Neil Hoffman, Carlynne Cockrum, Kristen Floom and Gregory Page.

20

21

22

23  Dated: _____August 3, 2006_____   _____
                                      Honorable Elizabeth D. Laporte
24                                    United States Magistrate Judge

25

26

27

28

1

2                    **CERTIFICATE OF SERVICE**

3
       I hereby certify that a copy of Federal Defendants' Request to Modify Settlement Conference
4   Order was submitted to the Court electronically on this 28th day of July, 2006, for filing and service
5   on the following parties:

6   William B. Rostov
    wrostov@icta.org
7
8   Miyoko Sakashita
    miyoko@icta.org
9
    Joseph Mendelson, III
10  joemend@icta.org

11  Attorneys for Plaintiffs
12
13                                                /s/ Kristen Byrnes Floom
14                                                Kristen Byrnes Floom
15
16
17
18
19
20
21
22
23
24
25
26
27
28