1

2  WILLIAM B. ROSTOV
   MIYOKO SAKASHITA
3  Center for Food Safety
   2601 Mission St., Suite 803
4  San Francisco, CA 94110
5  Telephone: (415) 826-2770
   Facsimile: (415) 826-0507
6  wrostov@icta.org
   miyoko@icta.org
7
   Attorneys for Plaintiffs
8

9  KEVIN V. RYAN, United States Attorney (CA Bar No. 118321)
   JAMES A. CODA, Assistant United States Attorney (WI Bar No. 1012669)
10 10th Floor Federal Building, Box 36055
   450 Golden Gate Avenue
11 San Francisco, California 94102

12
   SUE ELLEN WOOLDRIDGE
13 Assistant Attorney General
   JEAN E. WILLIAMS, Chief
14 SETH M. BARSKY, Assistant Chief
   U.S. Department of Justice
15 Environment and Natural Resources Division
   Wildlife and Marine Resources Section
16 KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
   P.O. Box 7369
17 Washington, D.C.  20044-7369
   Telephone: (202) 305-0210
18 Facsimile: (202) 305-0275
   Kristen.Floom@usdoj.gov
19
   GREGORY PAGE, Trial Attorney (DC Bar No. 398121)
20 U.S. Department of Justice
   Environment and Natural Resources Division
21 General Litigation Section
   P.O. Box 663
22 Washington, D.C.  20044-0663
   Telephone: (202) 305-0446
23 Facsimile: (202) 305-0506
24 Gregory.Page@usdoj.gov

25 Attorneys for Federal Defendants

26

27

28

Stipulation for Extension of Time to File Second Joint Case Management Statement & Proposed Order

Case No. C-06-1075 (CRB) (EDL)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTSON SEED FARMS INC., et al. | Case No. C-06-1075 (CRB) |
| Plaintiffs, | STIPULATION FOR EXTENSION OF TIME TO FILE SECOND JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER |
| vs. | |
| MIKE JOHANNS, et al., | |
| Defendants, | Date: September 15, 2006<br>Time: 8:30 a.m.<br>Judge: Hon. Charles R. Breyer |

On August 31, 2006, the parties participated in a settlement conference with Magistrate Judge Elizabeth D. Laporte. The parties were unable to reach an agreement on the terms of a settlement. Because the parties believe that this case is unlikely to settle, the parties intend to propose a schedule for the resolution of this case.

However, due to the travel schedules of counsel for Defendants – who returned to Washington, DC from San Francisco on September 1, 2006 – and the Labor Day holiday on September 4, 2006, the parties have not had an adequate opportunity to confer with respect to a proposed briefing schedule. Thus, the parties respectfully request an extension of six days, through September 11, 2006, to file their second joint case management statement. This extension will permit the parties to confer in an attempt to resolve disputes regarding procedural issues and reach agreement on the terms of a proposed briefing schedule for the Court's consideration.

Stipulation for Extension of Time to File Second Joint Case Management Statement & Proposed Order
Case No. C-06-1075 (CRB) (EDL)

1

1

2  Respectfully submitted,

3

4  Dated: September 5, 2006                    /s/ William B. Rostov (by KBF)
5                                              WILLIAM B. ROSTOV
                                                MIYOKO SAKASHITA
6                                               Center for Food Safety
                                                2601 Mission St., Suite 803
7                                               San Francisco, CA 94110
                                                Telephone: (415) 826-2770
8                                               Facsimile: (415) 826-0507
9                                               wrostov@icta.org
                                                miyoko@icta.org
10

11                                              JOSEPH MENDELSON III
                                                Center for Food Safety
12                                              660 Pennsylvania Ave., SE, Suite 302
                                                Washington, DC 20003
13                                              Telephone: (202) 826-2270
                                                Facsimile: (202) 547-9429
14                                              joemend@icta.org
15

                                                Attorneys for Plaintiffs
16

17

18 Dated: September 5, 2006                    KEVIN V. RYAN, United States Attorney
                                                (CA Bar No. 118321)
19                                              JAMES A. CODA, Assistant United States
                                                Attorney (WI Bar No. 1012669)
20                                              10th Floor Federal Building, Box 36055
21                                              450 Golden Gate Avenue
                                                San Francisco, California 94102
22

23                                              SUE ELLEN WOOLDRIDGE
                                                Assistant Attorney General
24                                              JEAN E. WILLIAMS, Chief
                                                SETH M. BARSKY, Assistant Chief
25                                              U.S. Department of Justice
26                                              Environment and Natural Resources
                                                Division
27                                              Wildlife and Marine Resources Section

28

```
 1
 2                                              /s/ Kristen Byrnes Floom
 3                                              KRISTEN BYRNES FLOOM, Trial
                                                Attorney (DC Bar No. 469615)
 4                                              P.O. Box 7369
                                                Washington, D.C.  20044-7369
 5                                              Telephone: (202) 305-0210
 6                                              Facsimile: (202) 305-0275
                                                Kristen.Floom@usdoj.gov
 7
 8                                              GREGORY PAGE, Trial Attorney (DC Bar
                                                No. 398121)
 9                                              U.S. Department of Justice
                                                Environment and Natural Resources
10                                              Division
                                                General Litigation Section
11                                              P.O. Box 663
12                                              Washington, D.C.  20044-0663
                                                Telephone: (202) 305-0446
13                                              Facsimile: (202) 305-0506
                                                Gregory.Page@usdoj.gov
14
15                                              Attorneys for Federal Defendants
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Stipulation for Extension of Time to File Second Joint Case Management Statement & Proposed Order

Case No. C-06-1075 (CRB) (EDL)                                                                         3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTSON SEED FARMS INC., et al. | Case No. C-06-1075 (CRB) |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| MIKE JOHANNS, et al., | |
| Defendants, | |

Having considered the parties' Stipulation for Extension of Time To File Second Joint Case Management Statement, IT IS HEREBY ORDERED that the parties may file their second joint case management statement on September 11, 2006.

Dated:  September 6, 2006

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation for Extension of Time to File Second Joint Case Management Statement & Proposed Order
Case No. C-06-1075 (CRB) (EDL)

4