IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTSON SEED FARMS INC., et al. | Case No. C-06-1075 (CRB) |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| MIKE JOHANNS, et al., | |
| Defendants, | |

Having considered the parties' Stipulation to Exceed Page Limits IT IS HEREBY ORDERED that the parties may file memoranda in support of their respective motions for summary judgment of no more than 40 pages.

Dated:  October 10, 2006

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer