THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**GEERTSON SEED FARMS,** *et al.,*   )   Case No.  C06-1075 CRB
                                     )
        Plaintiffs,                  )   [PROPOSED] ORDER
                                     )
    vs.                              )
                                     )
**MIKE JOHANNS**, *et al.;*          )
                                     )
        Defendants.                  )
                                     )
                                     )
                                     )

    Having considered the parties' Stipulation to Exceed Page Limits IT IS HEREBY ORDERED that the parties may file memoranda in support of their respective reply motions for summary judgment of no more than 20 pages.

Dated:  December 11, 2006



_____
Hon. Charles R. Breyer
United States District Court Judge

Proposed Order                No.  C06-1075 CRB