IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

GEERTSON SEED FARMS INC., et al.    )   Case No. C-06-1075 (CRB) (EDL)
                                    )
        Plaintiffs,                 )   **ORDER GRANTING**
                                    )   **MOTION FOR LEAVE TO FILE**
    vs.                             )   **PROPOSED JUDGMENT BY OR**
                                    )   **BEFORE 2 MARCH 2007**
MIKE JOHANNS, et al.,               )
                                    )
        Defendants,                 )

Having considered the parties' Stipulation for Leave to File Proposed Judgment On or Before March 2, 2007, IT IS HEREBY ORDERED that the parties shall file a proposed judgment on or before March 2, 2007.

Dated: __March 1, 2007___ _

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

- 4 -