IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEERTSON FARMS INC., | No. C 06-01075 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| MIKE JOHANNS, | |
| Defendant. | |

The Court will hold a hearing on all motions to intervene as well as the parties' competing motions for judgment at 10:30 a.m. on Thursday, March 8 at 10:30 a.m.  All parties who wish to be heard shall appear in person.

**IT IS SO ORDERED.**

Dated: March 5, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1075\orderrehearing.wpd