IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

GEERTSON SEED FARMS INC., et al.  )  Case No. C-06-1075 (CRB) (EDL)
                                   )
       Plaintiffs,                 )  **ORDER GRANTING**
                                   )  **MOTION FOR LEAVE TO FILE**
   vs.                             )  **PROPOSED JUDGMENT BY OR**
                                   )  **BEFORE 2 MARCH 2007**
MIKE JOHANNS, et al.,              )
                                   )
       Defendants,                 )

Having considered the parties' Stipulation for Leave to File Proposed Judgment On or Before March 2, 2007, IT IS HEREBY ORDERED that the parties shall file a proposed judgment on or before March 2, 2007.

Dated: March 5, 2007

_____
Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer