# THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **GEERTSON SEED FARMS,** *et al.,* | Case No. C06-1075 CRB |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| **MIKE JOHANNS**, *et al.;* | |
| Defendants. | |

Pursuant to stipulation, having considered the parties' Stipulation to Exceed Page Limits IT IS HEREBY ORDERED that the plaintiffs may file a Response Memorandum on Proposed Permanent Injunctive Relief of no more than 20 pages.

Dated: __April 6, 2007_____



_____
Hon. Charles R. Breyer
United States District Judge

Proposed Order          No. C06-1075 CRB