IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEERTSON SEED FARMS INC., et al., | No. C 06-01075 CRB |
| Plaintiffs, | **ORDER RE: CASE MANAGEMENT CONFERENCE** |
| v. | |
| MIKE JOHANNS, Secretary of the United States Department of Agriculture, et al., | |
| Defendants, and | |
| JOHN GROVER, DANIEL MEDEROS, MARK WATTE, FORAGE GENETICS, INC. AND MONSANTO COMPANY, | |
| Intervenor-Defendants.. | |

The Court is in receipt of the intervenor-defendants' request for a case management conference. The Court will not hold an evidentiary hearing or hear live witnesses at the April 27, 2007 oral argument. The other issues raised by intervenor-defendants, including the motion for reconsideration, may be addressed at the April 27 hearing.

**IT IS SO ORDERED.**

Dated: April 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1075\orderrecmc.wpd