**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 27, 2007**

**C-06-01075** CRB

**GEERTSON FARMS INC** v. **MIKE JOHANNS**

| Attorneys: | William Rostov, Kevin Golden | Daniel Page, Andrew Brown, David Kays, |
|---|---|---|
| | Joseph Mendelson | Janice Scheider, Phillip Perry |

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **Joan Columbini**

**PROCEEDINGS:**                                                                                  **RULING:**

1. Motion for Permanent Injunction

2. Monsanto's Motion to Strike

3. P's Motion to Strike Directed Testimony by Intervenors

4. AM Farm Bureau's Motion for leave to File Amiucus Curiae Brief

**ORDERED AFTER HEARING:**

Matter taken under submission

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

( ) CASE CONTINUED TO ____   for ____

Discovery Cut-Off ____                              Expert Discovery Cut-Off ____

Plntf to Name Experts by ____                Deft to Name Experts by ____

P/T Conference Date ____   Trial Date ____   Set for ____ days
                          Type of Trial:  ( )Jury    ( )Court

Notes: ____