# THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **GEERTSON SEED FARMS,** *et al.,* | Case No.  C06-1075 CRB |
| Plaintiffs, | **[PROPOSED]** ORDER |
| vs. | |
| **MIKE JOHANNS**, *et al.;* | |
| Defendants | |
| and | |
| **JOHN GROVER, DANIEL MEDEROS, MARK WATTE, FORAGE GENETICS, INC., and MONSANTO COMPANY**, | |
| Intervenor-Defendants. | |

Having considered the parties' Stipulation to Remove the Motion for Costs, Fees, and Other Expenses from the Court Calendar, IT IS HEREBY ORDERED that the Plaintiffs' Motion for Costs, Fees, and Other Expenses set for an August 8, 2007 hearing is taken off the Court calendar and the briefing schedule is no longer in effect.

Dated: _____06/07/07_____



_____
Hon. Charles R. Breyer
United States District Court Judge

Judge Charles R. Breyer

Proposed Order                    No.  C06-1075 CRB