contamination." May 3, 2007 Memorandum and Order at 14. Defendants' proposed modification addresses the Court's concerns; it provides a mechanism for advising farmers if their crops are in danger of contamination from Roundup Ready alfalfa.

In so ruling the Court does not intend to express any opinion as to whether such information is discoverable under the Freedom of Information Act or whether public disclosure creates a credible threat of vandalism. Regardless of such issues, the injunctive relief should not be more broad than necessary. The Court is not persuaded that public disclosure on a website is necessary to ensure that those farmers who are genuinely concerned about contamination from Roundup Ready alfalfa can effectively and efficiently learn if any such alfalfa is being grown in the vicinity of the farmers' crops or proposed crops.

Any modification to the Court's judgment, however, must provide specifics as to the process: how can farmers make inquiries; what information do the farmers have to provide; what precise information will the government disclose in return; and how quickly will the government provide the response. The judgment should also include a date by which the process will be in effect. Finally, the government–rather than Monsanto or Forage Genetics–must provide the information to the farmers. The government shall develop these specifics in consultation with plaintiffs.

## CONCLUSION

For the reasons explained above, defendants' motion to amend/modify the judgment is GRANTED. The parties shall meet and confer and submit to the Court within 14 days of the date of this Order a proposed amended judgment that conforms with this Order.

**IT IS SO ORDERED.**

Dated: June 25, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1075\orderreamendmentofjudgment.wpd     6