WILLIAM B. ROSTOV (State Bar No. 184528)
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
Telephone: (415) 826-2770
Facsimile: (415) 826-0507
Emails: wrostov@icta.org

JOSEPH MENDELSON III (Admitted Pro Hac Vice)
Center for Food Safety
660 Pennsylvania Ave., SE, Suite 302
Washington, DC 20003
Telephone: (202) 547-9359
Facsimile: (202) 547-9429
Email: joemend@icta.org

Attorneys for Plaintiffs

[Complete list of all counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTSON SEED FARMS INC., *et al.*, | Case No. C-06-1075 CRB |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING LEAVE TO FILE AN AMENDED JUDGMENT ON OR BEFORE JULY 13, 2007** |
| v. | |
| MIKE JOHANNS, *et al.*, | Judge: Hon. Charles R. Breyer |
| Defendants, | |
| and | |
| MONSANTO COMPANY, *et al.*, | |
| Intervenor-Defendants. | |

Having considered the parties' Stipulation for Leave to File Proposed Judgment on or Before July 13, 2007, IT IS HEREBY ORDERED that the parties shall submit to the Court a proposed amended judgment that conforms with the Order Re: Motion to Amend Judgment by July 13, 2007.

Dated: __July 9, 2007_____

_____
Hon. Charles R. Breyer
United States District Court Judge

IT IS SO ORDERED

Judge Charles R. Breyer

CASE NO. C-06-1075 CRB
[PROPOSED] ORDER RE: STIPULATION