SCOTT N. SCHOOLS, United States Attorney (CA Bar No. SC 999)
CHARLES O'CONNOR, Assistant U.S. Attorney (CA Bar No. 5630)
10th Floor Federal Building, Box 36055
450 Golden Gate Avenue
San Francisco, California 94102
MATT MCKEOWN
Acting Assistant Attorney General
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
ROBERT P. WILLIAMS, Trial Attorney (DC Bar No. 474730)
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov
GREGORY PAGE, Trial Attorney (DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTSON SEED FARMS INC., <u>et al.</u> | Case No. C-06-1075 (CRB) (EDL) |
| Plaintiffs, | |
| vs. | **AMENDED JUDGMENT** |
| MIKE JOHANNS, <u>et al.</u>, | |
| Defendants, | |

On May 3, 2007, this Court issued its Judgment. Thereafter, the Court granted defendants' Rule 59 Motion to Alter or Amend 3 May 2007 Judgment. Order Re: Motion to Amend Judgment (filed 26 June 2007)("Rule 59 Order"). Pursuant to the Rule 59 Order,

the Court's Judgment is hereby amended, as follows.

### I. Storing Roundup Ready Alfalfa in Clearly-Labeled Containers

In Section III of the Judgment, the Court required APHIS to impose certain handling, identification, and containment standards for Roundup Ready Alfalfa ("RRA") in an administrative order.

These standards shall not be applied to RRA hay, unless that hay leaves its farm of origin. Where RRA hay leaves its farm of origin, it need not be containerized but instead shall be clearly labeled.

### II. Cleaning Procedures

In Section II, Subsection A of the Judgment, the Court required APHIS to issue an administrative order enabling it to both impose and individually approve certain cleaning procedures "prior to implementation."

In lieu of this requirement that APHIS approve individual cleaning procedures before implementation, APHIS shall publish and distribute a best practices guide for the cleaning of equipment used to produce RRA hay and seed. This guide shall be available on the APHIS website by July 13, 2007, and APHIS shall also begin distributing it by mail at that time to RRA hay and seed producers.

### III. Deadline for Providing RRA Field Information to the Government

The Judgment also required Monsanto and Forage Genetics to provide APHIS with the RRA field location information described therein. On or before August 27, 2007, Monsanto and Forage Genetics shall file a status report describing their progress in supplying the remaining RRA hay crop location information (1) specific to the 17 Western states and (2) specific to the eastern United States.

### IV. Public Disclosure of the Location of RRA

In its Judgment, the Court required APHIS to disclose RRA location information on its website "as soon as practicable." Pursuant to the Court's Rule 59 Order, APHIS will disclose the RRA locations to farmers only, under a three-part disclosure mechanism.

First, within one week after entry of this Court's Amended Judgment, APHIS shall disclose to farmers the counties in the 17 Western states in which RRA seed or hay fields are located. This disclosure shall be on the website of APHIS' Biotechnology Regulatory Service (APHIS/BRS) homepage. It shall be accessed by a link at this website's bottom right side that reads "I want to learn about the status of Roundup Ready alfalfa." Further, on the same website, and within 30 days of the status report filed by Monsanto and Forage Genetics, described above, APHIS shall publish a time line for the expected disclosure of RRA location information for the remaining Eastern states.

Second, within two weeks after entry of the Court's Amended Judgment, APHIS shall specify both on this website and in a the Federal Register a toll-free number that farmers in or adjacent to those identified counties may use to request the distances from the nearest RRA fields to their crops. Upon calling this number, a farmer shall certify to APHIS that the caller is a farmer that either grows alfalfa now or intends to grow alfalfa at an existing location in or adjacent to a county identified on the APHIS website.

Third, APHIS will respond as quickly as practicable to requests from farmers through the toll free number, either immediately or by the next working day whenever feasible, and will use its best efforts when questions arise regarding imprecise data or under other unanticipated circumstances to respond within three working days. In responding to a request by a farmer hereunder, APHIS will provide the requesting farmer with the distances, within the county or adjacent county identified, from the nearest RRA fields to the requestor's crop location(s). APHIS shall provide such distances for five such RRA fields if five or more of such fields exist in the relevant county or adjacent county.

**V. APHIS Administrative Order**

APHIS shall implement the Court's Judgment, as amended, by issuing an administrative order on or before July 13, 2007. It shall be posted on the APHIS website.

Signed: July 23, 2007

CHARLES R. BREYER
U.S. District



- 4 -