**FILED**

**OCT 15 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
07 OCT 19

| | |
|---|---|
| GEERTON SEED FARMS, an Oregon business; et al., | Nos. 07-16458 and 07-16492 |
| Plaintiffs - Appellees, | D.C. No. CV-06-01075-CRB Northern District of California, San Francisco |
| v. | |
| FORAGE GENETICS, INC.; et al., | ORDER |
| Defendant-Intervenors, | |
| and | |
| MONSANTO COMPANY, | |
| Defendant-intervenor - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner

Intervenor-Appellant Monsanto Company's opposed motion for reconsideration is granted in part and denied in part.

The briefing schedule established on August 22, 2007 in no. 07-16492 remains in effect. The Clerk shall calendar these consolidated appeals as soon as possible after briefing is complete.

*Peter L. Shaw*
~~General Order 6.3(e)~~

promo commissioner 10.1.07\lbs