**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  GEERTSON SEED FARMS INC., et al.,          No. C 06-01075 CRB

12          Plaintiff,                         **SCHEDULING ORDER RE: FEE MOTIONS**

13     v.

14  MIKE JOHANNS, et al.,

15          Defendants.
                                           /
16

17       Now pending before the Court is the Federal Defendants' motion to stay plaintiffs'

18  motion for attorneys' fees and their motion to shorten time for a hearing on their motion to

19  stay.  Plaintiffs' motion for attorneys' fees is currently scheduled to be heard on November

20  30, 2007.

21       The Court will hear the motion to stay together with plaintiffs'  motion for attorneys'

22  fees on December 14, 2007.  Defendants shall file their opposition to the motion for

23  attorneys' fees on or before Friday, November 30, 2007, and plaintiffs' reply, if any, shall be

24  filed on or before Friday, December 7, 2007.  Plaintiffs' shall file their opposition to the

25  motion to stay on or before Friday, November 30, 2007 and defendants' reply, if any, shall

26  be

27  //

28  //

//

1

2  filed on or before Friday, December 7, 2007.

3  **IT IS SO ORDERED.**

4

5  Dated: November 19, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\1075\schedulingorder1.wpd

2