# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 23, 2010

Clerk
United States Court of Appeals
  for the Ninth Circuit
P.O. Box 193939
San Francisco, California  94119-3939

      Re:    **Monsanto Company, et al.**
             **v.  Geertson Seed Farms, et al.**
             **No.  09-475  (Your docket Nos. 07-16458, 07-16492, 07-16725)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.   You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                                                Sincerely,

                                               WILLIAM K. SUTER, Clerk

                                          By *[signature: Elizabeth Brown]*

                                               Elizabeth Brown
                                               Judgments/Mandates Clerk

Enc.
cc:    Gregory G. Garre, Esq.                     Lawrence S. Robbins, Esq.
       Acting Solicitor General                   George A. Kimbrell, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 23, 2010

Mr. Gregory G. Garre
Latham & Watkins LLP
555 11th Street, NW
Suite 1000
Washington, DC  20004

    Re:   Monsanto Company, et al.
            v. Geertson Seed Farms, et al.
            No. 09-475

Dear Mr. Garre:

    A certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit today.

    The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | **$9,592.00** |
| **Clerk's costs:** | **300.00** |
| **Total:** | **$9,892.00** |

    This amount may be collected from the respondents.

Sincerely,

WILLIAM K. SUTER, Clerk

By *[signature]*

Elizabeth Brown
Judgments/Mandates Clerk

cc:   Acting Solicitor General           George A. Kimbrell, Esq.
      Clerk, USCA for Ninth Circuit     Lawrence S. Robbins, Esq.
        (Your docket Nos. 07-16458, 07-16492, 07-16725)

# Supreme Court of the United States

No. 09-475

**MONSANTO COMPANY, ET AL.,**

Petitioners

v.

**GEERTSON SEED FARMS, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners Monsanto Company, et al. recover from Geertson Seed Farms, et al. Nine Thousand Eight Hundred Ninety-two Dollars ($9,892.00) for costs herein expended.

June 21, 2010

Justice Breyer took no part in the consideration or decision of this case.

**Printing of record:**     $9,592.00
**Clerk's costs:**              300.00
**Total:**                   $9,892.00



A True copy Test:
WILLIAM K. SUTER
Clerk of the Supreme Court of the United States
By: Cynthia Rapp