1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **GEERTSON SEED FARMS,** *et al.,* | ) | Case No. C06-1075 CRB |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| **THOMAS J. VILSACK**, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered the Joint Motion to Stay Fee Proceedings in the above titled matter, this Court hereby GRANTS the Joint Motion.

IT IS HEREBY ORDERED.

Dated:  Sept. 1, 2010



_____
Hon. Charles R. Breyer
United States

Case No. C06-1075 CRB
[PROPOSED] Order

1