
**FILED**

AUG 25 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

GEERTSON SEED FARMS, an Oregon business; TRASK FAMILY SEEDS a South Dakota business; CENTER FOR FOOD SAFETY, a Washington DC nonprofit corp.; BEYOND PESTICIDES, a Washington DC nonprofit corp.; CORNUCOPIA INSTITUTE, a Wisconsin nonprofit corp.; DAKOTA RESOURCE COUNCIL, a North Dakota nonprofit corp.; NATIONAL FAMILY FARM COALITION, a Michigan nonprofit corp.; SIERRA CLUB, a California nonprofit corp.; WESTERN ORGANIZATION OF RESOURCE COUNCILS a Montana noprofit corp.,

        Plaintiffs - Appellees,

 v.

MIKE JOHANNS, in his official capacity as Secretary of the U.S. Department of Agriculture; STEVE JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency; RON DEHAVEN, in his official capacity as Administrator of the Animal Plant Health and Inspection Service, U.S. Department of Agriculture,

        Defendants,

FORAGE GENETICS, INC.; JOHN GROVER; DANIEL MADEROS; MARK

No. 07-16458

D.C. No. CV-06-01075-CRB
Northern District of California,
San Francisco

ORDER

WATTE,

        Defendant-intervenors,

 and

MONSANTO COMPANY,

        Defendant-intervenor - Appellant.

| | |
|---|---|
| GEERTSON SEED FARMS, an Oregon business; TRASK FAMILY SEEDS a South Dakato business; CENTER FOR FOOD SAFETY, a Washington DC nonprofit corp.; BEYOND PESTICIDES, a Washington DC nonprofit corp.; CORNUCOPIA INSTITUTE, a Wisconsin nonprofit corp.; DAKOTA RESOURCE COUNCIL, a North Dakota nonprofit corp.; NATIONAL FAMILY FARM COALITION, a Michigan nonprofit corp.; SIERRA CLUB, a California nonprofit corp.; WESTERN ORGANIZATION OF RESOURCE COUNCILS a Montana nonprofit corp., | No. 07-16492 <br><br> D.C. No. CV-06-01075-CRB |
| Plaintiffs - Appellees, | |
| v. | |
| MIKE JOHANNS, in his official capacity as Secretary of the U.S. Department of Agriculture; STEVE JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency; RON DEHAVEN, in his official capacity as Administrator of the Animal Plant Health and Inspection Service, U.S. Department of Agriculture, | |
| Defendants, | |
| MONSANTO COMPANY, | |
| Defendant-intervenor, | |
| and | |

3

GROVER; DANIEL MADEROS; MARK WATTE,

        Defendant-intervenors - Appellants.

| | |
|---|---|
| TRASK FAMILY SEEDS a South Dakota business; CENTER FOR FOOD SAFETY, a Washington DC nonprofit corp.; BEYOND PESTICIDES, a Washington DC nonprofit corp.; CORNUCOPIA INSTITUTE, a Wisconsin nonprofit corp.; DAKOTA RESOURCE COUNCIL, a North Dakota nonprofit corp.; NATIONAL FAMILY FARM COALITION, a Michigan nonprofit corp.; SIERRA CLUB, a California nonprofit corp.; WESTERN ORGANIZATION OF RESOURCE COUNCILS a Montana nonprofit corp.; GEERTSON SEED FARMS, an Oregon business, <br><br>        Plaintiffs - Appellees, <br><br>and <br><br>GEERTSON SEED FARMS, an Oregon Corp., <br><br>        Plaintiff, <br><br> v. <br><br>MIKE JOHANNS, in his official capacity as Secretary of the U.S. Department of Agriculture; STEVE JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency; RON DEHAVEN, in his official capacity as Administrator of the Animal Plant Health and Inspection Service, U.S. Department of Agriculture; | No. 07-16725 <br><br> D.C. No. CV-06-01075-CRB |

STEVE JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,

        Defendants-Appellants

and

MONSANTO COMPANY; FORAGE GENETICS, INC.; JOHN GROVER; DANIEL MADEROS; MARK WATTE,

        Defendant-intervenors

Before: SCHROEDER and N.R. SMITH, Circuit Judges, and FAIRBANK,[*] District Judge.

The cause is remanded to the district court for further proceedings consistent with the opinion of the United States Supreme Court.

---

[*] The Honorable Valerie Fairbank, United States District Judge for the Central District of California, sitting by designation.