1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   GEERTSON SEED FARMS, et al.,                    No. C 06-01075 CRB

12                    Plaintiffs,                    **ORDER VACATING MARCH 24, 2011**
                                                     **ORDER, VACATING FEES MOTION,**
13        v.                                         **AND SETTING FINAL FEES**
                                                     **BRIEFING SCHEDULE**
14   THOMAS J. VILSACK, et al.,

15                    Defendants.

16   _____/

17       Now pending in this case is Plaintiff Center for Food Safety's second motion for fees

18   in this protracted litigation about the deregulation of RRA (Roundup Ready alfalfa).  <u>See</u>

19   <u>generally</u> Mot. (dckt. no. 303).  On March 9, 2011, this Court learned that the parties failed to

20   settle the fee dispute, despite participating in a settlement conference before Magistrate Judge

21   Elizabeth D. Laporte.  <u>See</u> dckt. no. 344.  On March 22, 2011, Defendant sought leave to file

22   final, simultaneous briefs on this issue, with a deadline of April 29, 2011.  <u>See</u> dckt. no. 347.

23   This Court granted that motion on March 24, 2011 before receiving Plaintiff's Opposition,

24   filed that same day.  <u>Compare</u> dckt. nos. 352, 351.  It should not have done so.

25       Having now had the benefit of reviewing Plaintiff's Opposition, the Court makes the

26   following ruling.  The March 24, 2011 Order granting Defendant's motion is hereby

27   VACATED.  The original fees Motion (dckt. no. 303) is also VACATED.  Plaintiff is

28   DIRECTED to renotice its fees motion according to the Court's rules, but need not file an

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1   additional Memorandum of Points and Authorities.  The parties are further DIRECTED to

2   abide by the following briefing schedule:  Defendant may file a supplemental brief by April

3   29, 2011.  Plaintiff may file a responsive brief two weeks after that.  Defendant may then file

4   a reply, if it so chooses to do so, one week after that.  The parties must limit their briefs to the

5   issues this Court raised but did not resolve in its December 21, 2010 Order.  See dckt. no.

6   342.  Briefs should be no longer than fifteen (15) pages in length.

7        **IT IS SO ORDERED.**

8

9   Dated: April 5, 2011                          _____
                                                 CHARLES  R. BREYER
10                                               UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28