IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEERTSON SEED FARMS, et al., | No. C 06-01075 CRB |
| Plaintiffs, | **ORDER REQUIRING SUPPLEMENTAL BRIEFING** |
| v. | |
| MIKE JOHANNS, et al., | |
| Defendants. | |

On October 17, 2011, Plaintiffs filed a Statement of Recent Decision, see dkt. 368, bringing to the attention of this Court Magistrate Judge Laporte's recent Report and Recommendation Re: Plaintiffs' Motion for Attorneys' Fees in a similar action. See Center for Food Safety, et al. v. Vilsack, et al. ("Sugar Beets I"), No. 08-00484 (dkt. 648). The Court hereby orders the parties to submit supplemental briefing by no later than **5:00 p.m.** on **Monday, October 31** addressing the applicability of the Report and Recommendation to Plaintiffs' Second Motion for Attorney's Fees and Costs, see dkt. 302. The supplemental briefs shall be no longer than ten pages.

**IT IS SO ORDERED.**

Dated: October 25, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1075\order re supp briefing.wpd